KENNETH WAYNE ROBERSON AY1348
Name and Prisoner/Booking Number

CALIFORNIA STATE PRISON, SOLANO
Place of Confinement

C-18-123-U P.O. BOX 4000
Mailing Address

VACAVILLE, CALIFORNIA 95696
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED
DEC 20 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH WAYNE ROBERSON,
(Full Name of Plaintiff)
    Plaintiff,

v.

(1) ALBERT SMITH,
(Full Name of Defendant)
(2) WILLOWS POLICE DEPARTMENT
(3) CITY OF WILLOWS, COUNTY OF GLENN
(4) PEOPL OF THE STATE OF CALIFORNIA
    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:17-CV-2649 CKD(PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____.

2. Institution/city where violation occurred: WILLOWS, CALIFORNIA

## B. DEFENDANTS

1. Name of first Defendant: __ALBERT SMITH__. The first Defendant is employed as: __Public Defender__ at __Colusa, California__.
   (Position and Title)      (Institution)

2. Name of second Defendant: __WILLOWS Police DPT.__ The second Defendant is employed as: __Police Officer__ at __Willows, California__.
   (Position and Title)      (Institution)

3. Name of third Defendant: __City OF WILLOWS__. The third Defendant is employed as: __Employer OF above defendants__ at __Willows, California__.
   (Position and Title)      (Institution)

4. Name of fourth Defendant: __People OF THE STATE OF California__. The fourth Defendant is employed as: __Court__ at __Willows, CA__.
   (Position and Title)      (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes  ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Kenneth W. Roberson__ v. __Willows Police Department__
      2. Court and case number: __Eastern District 2:17-CV-00352-AC__.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Case was dismissed without prejudice.__

   b. Second prior lawsuit: ∅
      1. Parties: _____ v. ∅
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit: ∅
      1. Parties: _____ v. ∅
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: **Eighth Amendment**

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: **Cruel and unusual Punishment**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The Court imposed an invalid sentence of six years, and an unlawful fine, that exceeded the amount prescribed by law.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Mental anguish.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: **FiFTh Amendment**

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: **Maranda Issue**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   THE Court, My Attorney ALBERT SMITH, Willows Police Officer Michael Stover, Submitted, Admitted, Recorded Statements at My trail, That all parties knew were Involitariness. Also, Willows police Officer Michael Stover ommitted, and tampered with said evidence, with the intent of depriving defendant of Maranda rights.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Mental anguish

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

# CLAIM III

1. State the constitutional or other federal civil right that was violated: <u>Eighth Amedment's</u> <u>Sixth Amedment.</u>

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Malicious Prosecution.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   My Attorney Assisted THE Courts, THE police Department, who were under the Color of State law Deprive defendant of his Due process of the law by knowingly allowing evidence, that had been Tampered with and Ommitted. Also THE Court haven't yet Responded to THE THIRD Appealant Court who reversed the defendant prior Strike Conviction Enhancement, wich would place defendant pass his Release date because that would take off 3 years of the 6 year Sentence and pursuant to Pen. Code 2009.5 and 4019 P.C. that would put me past due about a year so the delay of bringing defendant back to Court is prejudical and oppressive as well as intentual.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Mental anguish

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim III?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☑ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking: _Punitive damages in the amount of (One Million Dollars from each party)._

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Dec. 17th 2017_
DATE

_Kenneth W. Roberson_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.